# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MELVIN ALEXANDER, JR.

NO. 2019 KW 0864

**OCT 28 2019**

---

In Re:     Melvin Alexander, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 06-CR-0585.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** Relator's sentences were imposed pursuant to a plea agreement. Therefore, relator is precluded from seeking review of the sentences. See La. Code Crim. P. art. 881.2(A)(2). Furthermore, relator's request to amend the conditions of his imprisonment is untimely. See La. Code Crim. P. art. 881(A).

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT